LAJAZZ A. Smith AV7103
_____
Name and Prisoner/Booking Number

Wasco State prison (RC)
_____
Place of Confinement

P.O. Box 5500  unit B2-245
_____
Mailing Address

Wasco, ca  93280
_____
City, State, Zip Code

**FILED**

AUG 0 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LaJazz A. Smith ,)
_____
(Full Name of Plaintiff)          Plaintiff,

)
)
)
)

v. )

(1) Salinas Valley State Prison, )
_____
(Full Name of Defendant)

(2) Cassie Salopek , )
_____

(3) Daniel Ross , )
_____

(4) M. Borba PhD , )
_____

Defendant(s). )

☐ Check if there are additional Defendants and attach page 1-A listing them. )

CASE NO. **1: 1 7 CV  0 1 0 3 1**    **EPG PC**
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____.

2.   Institution/city where violation occurred: Salinas Valley State prison (Soledad ca)

**RECEIVED**

AUG 03 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**B. DEFENDANTS**

1. Name of first Defendant: Salinas Valley State Prison The first Defendant is employed as:
Prison at SVSP .
(Position and Title) _____ (Institution)

2. Name of second Defendant: Cassie Salopek. The second Defendant is employed as: Salinas
Staff Services Analyst (A) SVSP CCHCS at P.O. Box 1020 Soledad Ca 93960 Valley State
(Position and Title) _____ (Institution)

3. Name of third Defendant: Daniel Ross . The third Defendant is employed as:
Captain, Reception center mission Capt at CA Department of Correction and Rehabilit
(Position and Title) _____ (Institution)

4. Name of fourth Defendant: M. Borba PhD . The fourth Defendant is employed as:
Senior Psychologist, Specialist at Salinas Valley State prison .
(Position and Title) _____ (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? 1 . Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Lawan Smith v. L. Valencia
   2. Court and case number: 16-CV-0657 YRG .
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Its still
   Being Reviewed By Judge of District court .

b. Second prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

c. Third prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Eight Amedment</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
☐ Disciplinary proccedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I LaJazz Smith Requsted (SRS) Sex Reassignment surgery 05-03-2016 And The following steps was TAKin. I Seen Medical Doctor Coos on 05-03-2016 I Signed Guidelines For SRS as well as all the other nessery Paper work I was Re interviewed By m. Borba, PhD Yfor And Report to Be completed per CCHCS DCHS Guidelines for Review of Reqists for (SRS) 3 months went By And I Kept asking when am I'm going to Hede Back about @ The Result no one new anything I Then saw m.barba Walking across yard on 10-26-2016 And I ask him What's going down And Has He Hard What happen and am I approved for The SRS He Stated That He may of Hord Something But they don't Know How I would Be informed are if I will Be informed I ask my family to make contact with CDC CCHCS staff member without Resut It is now 07-31-17 And I am Being Dienied Resu;

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I am Suffring emotion Distress And Depression related The incongruence of my Physical gender And identified gender I have experiance MH issues Do to Having wrong Body Parts And SRS Would Help me " with dysperam, I Beleive I'm The Wrong Body And in Becoming Hope less)

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No

c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Guidelines for SRS states: if SRS is Denied, you may proceed directly to court. The Decision is not subject to Review in The administrative Remedies process.

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Eight Amedment

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SRS guidelines do state That a prisoner will Recived a notice of final Decision in writing with An Five Days of approval or if Denied And i' was not notified are giving an notice of final Decision witch was Maid august 30, 2016 2:59pm no one notifide me at all not even in writing im Brialy finding out as of 7/20/17 when i Recived copy of my health Regards that i Requested That iv Been Denied all This Time And i was Denied for The following Resons Refusals Of appointments with mc Rn and nr4 groups

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   im am Being Denied medical care For my gender Dysphoria

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Guidelines for SRS sates'. If SRS is Denied .you May proceed Directly to court. The Decision is not Subject to Review in The administrative Remedies process.

4

**CLAIM III**

1.   State the constitutional or other federal civil right that was violated: _Sight Amedment_

2.   **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _my Redlue was submitted + lume And was Reviewed 7-8-16 And it was not Reviewed or subitted to HQ ume. my case was suppost to be forwarded to Headquarters Utilization Management Committe HQume in sacrameto It was generaly suppost to be done with in 90 day fallowing the Documents of me Regushtns SRS my mental Health issues Has incressed over the line And I an Being Denied SRS_

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _It Has encressed my Mental Health issues In i feel Trapt n someone els Body_

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim III?   ☐ Yes   ☒ No
   c.   Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes   ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Guide Lines fer SRS states . if SRS is Denied You max Prnceed Direstly to court a the Desisen is Not subject to Reviuew in The Admnstratn Remedin Process_

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
_e, am asking for an Relief of Sex Reasignment Surgry to Be Reviwed and to Be granted_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7|3||17___

DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.



 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria

## GUIDELINES FOR REVIEW OF REQUESTS FOR
## SEX REASSIGNMENT SURGERY (SRS)

## ATTACHMENT 2

### INFORMATION FOR PATIENTS CONSIDERING SEX REASSIGNMENT SURGERY IN
### CCHCS/DHCS
(To be reviewed with the patient by a medical provider)

**This form is for initial processing only –
It is not a substitute for Formal Written Informed Consent when applicable**

Patient
initials

_CS_   Sex reassignment surgery cannot be reversed.

_LS_   Complete sex reassignment surgery will result in permanent sterilization.
(You will be unable to father a child or become pregnant).

_CS_   Individuals with gender dysphoria can be successfully treated without
undergoing complete sex reassignment surgery.

_LS_   Hormone therapy will continue to be an important part of your treatment after
any approved procedure for gender reassignment surgery.

_LS_   Your housing assignment within CDCR will be reviewed after sex
reassignment surgery for appropriate placement.

_LS_   Surgical risks include bleeding, infection, and accidental injury to structures
not intended to be involved in the surgery. For complete sex reassignment
surgery the risks include an inability to attain orgasm, lack of vaginal
sensation, vaginal closure, poor cosmetic outcome, as well as other
complications.

_CS_   Anesthesia risks include potential heart attack, stroke, blindness, and death.

_LS_   Your surgeon will provide more information to you about the potential risks of
surgery and anesthesia.

Smith  LaJazz _____    05/03/16
Patient Name (print)          Patient Signature          Date
Randulf Ergulza. NP, FNP-BC, NP-C
Nurse Practitioner

_____    _____
Provider Name/Title (print)       Provider Sign

April 22, 2016, Version

Smith, LaJazz
CDCR: AV7103
DOB: 11/17/94
Confidential Saved 2017-06-27T19:29:27Z

# Sexual Reassignment Surgery (SRS) Checklist

CDCR# AV7103 NAME (LAST, FIRST) Smith, Lajazz          INSTITUTION SVSP

☑ **Request for Services (RFS)**

☑ **Medical Evaluation**

☑ **Mental Health Evaluation / Complete Psychological History of Gender Dysphoria**

☑ ~~Custody Report~~ Not Applicable

☑ **Attachment 2** (Initial & Signed by Inmate-patient)

☑ **Attachment 3** (Include IUMC Date)

Checklist reviewed by: _P. Abrams_ Date: 7/8/2016
P. ABRAMS, UM RN

Confidential Saved 2017-06-27T19:29:27Z



**InterQual®**

# 2014 Specialty Referral Criteria
## Transgender (Custom) - CDCRDefine

---

### INDICATION(S)

100 Transgender

---

**100 Transgender [One]**
   110 Refer to Secondary

Randulf Erguiza, N̶̶̶̶̶̶̶̶, NP-C
Nurse Practitioner

MAY 03 2016

InterQual® criteria (IQ) is confidential and proprietary information and is being provided to you solely as it pertains to the information requested. IQ may contain advanced clinical knowledge which we recommend you discuss with your physician upon disclosure to you. Use permitted by and subject to license with McKesson Corporation and/or one of its subsidiaries. IQ reflects clinical interpretations and analyses and cannot alone either (a) resolve medical ambiguities of particular situations; or (b) provide the sole basis for definitive decisions. IO is intended solely for use as screening guidelines with respect to medical appropriateness of healthcare services. All ultimate care decisions are strictly and solely the obligation and responsibility of your health care provider. InterQual® and CareEnhance® Review Manager © 2014 McKesson Corporation and/or one of its subsidiaries. All Rights Reserved. Portions modified by Licensee have not been independently authenticated in whole or in part by McKesson. McKesson is not responsible for and hereby disclaims any liability related to any such modifications and their inclusion herein does not imply endorsement by McKesson of modifications. CPT only © 2013 American Medical Association. All Rights Reserved.

Licensed for use exclusively by Division of Healthcare.

Confidential Saved 2017-06-27T19:29:27Z

# Patient Summary

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CDCR: | AV7103 | Inst: | SVSP | Care Team: | Team A | Complex Care: | ✓ | Allergies: - |
| PID: | 12126901 | Arrival Dt: | 09/29/2015 | Housing: | SNY | Clinical Risk: | MED | POLST: - |
| Name: | SMITH | EPRD: | 12/15/2017 | TB: | 22 | Mental Health: | CCCMS | Adv. Directive: • |
| Birth Date: | 11/17/1994 | Cell Bed: | A 003 1119001L | Cocci: | Restricted 2 | Dental Code: | 3 | Service Plan: • |

## Scheduling & Access to Care

### Effective Communication / ADA

**Effective Communication Required:** -

Mobility: -   Hearing: -   Vision: -   Speech: -   DKD: -

DD Status: NCF   TABE: 5.1   Learning Disability: N

Primary Language: English

Primary Method: -

Alternate Method: -

Accommodations: -

### Appointments

**Chronic Care Program:** ✓

#### Scheduled / To Be Scheduled Appointments (One of Each Type)

| Appt Date | Compliance | Service Area | Appointment Type |
|---|---|---|---|
| 03/03/16 | | Specialty Services | Optometry |
| 08/01/16 | | PCP | CCP follow-up |
| 11/28/16 | | PCP | PCP Follow-Up |

**Total Scheduled / To Be Scheduled Appointments:** 7

#### High Priority Specialty Appointments (Last 2)

| Appt Date | Specialty Type | Specialty Report |
|---|---|---|
| 05/17/16 | Endocrinology | |

**Total Specialty Appointments Last 6 Months:** 3

## Medication Management

**Active Rx:** 10   **PolyRx Review:** 06/06/16   **PC 2602:** -

### Drug Interactions
No Drug Interactions Found

**Known Allergies:** MAXOR: No Known Drug Allergies

### Recently Expired Medications (Last 14 Days)
No Recently Expired Prescriptions Found

### Current Medication Profile

| Drug Name | Expiration Date | High Alert | Heat Med | NF | Disp Type |
|---|---|---|---|---|---|
| NAPROXEN | 07/22/18 | | | | UNKNO |
| CARBAMAZEPINE | 08/03/16 | | | | NA/DOT |
| MOMETASONE FUROATE | 08/21/16 | | | | KOP |
| LEVALBUTEROL TARTRATE | 08/31/16 | | | | KOP |
| CLOTRIMAZOLE | 09/25/16 | | | | KOP |
| SIMETHICONE | 09/25/16 | | | | KOP |
| MIRTAZAPINE | 09/27/18 | | | | NA/DOT |
| HYDROXYZINE PAMOATE | 09/27/16 | | | | NA/DOT |
| TRIAMCINOLONE ACETONIDE | 11/19/18 | | | | UNKNO |
| ESTRADIOL VALERATE | 12/25/16 | | | | NA/DOT |
| ASPIRIN | 04/21/17 | | | | KOP |

## Care Management

### Recent Higher Level of Care Events

#### Community Hospitalizations (Last 2)
No Hospitalizations Found

**Total Hospitalizations Last 6 Months:** 0

#### Mental Health Higher Level of Care Events (Last 2)
No Higher Level Of Care Events Found

**Last SRE:** 06/22/16   **Total MH HLOC Events Last 6 Months:** 0

### Electronic Medical Classification Chrono

Date: 02/19/16   Medical Risk: Medium   Medical Hold: **Consider**

Level of Care: OP   Nursing Acuity: Level 1

Proximity to Consult: Frequent Basic Consultation

Functional Capacity: Full Duty

Specialized Services: Transgender

Institutional-Environmental: Restricted-Cocci Area 2

Medical Hold Consideration: InterQual Specialty Request

### Durable Medical Equipment

1845 Date: -   7410 Date: -   7536 Receipts: 7

DME/Medical Supplies: Leg Brace, Other

## Disease Management & Prevention

### Problems

#### Chronic Conditions (QM)
Asthma, Gender Dysphoria, Seizures

#### Medical Problem List
PHIP: Asthma, unspecified type, unspecified [493.90]
PHIP: Gender identity disorder in adolescents or adults [302.85]
PHIP: Other forms of epilepsy and recurrent seizures, without mention of

#### Mental Health Problem List
MHTS: Major depressive affective disorder, recurrent episode, severe,
MHTS: Combinations of drug dependence excluding opioid type drug,
MHTS: Gender identity disorder in adolescents or adults [302.85]
MHTS: Borderline personality disorder [301.83]

### Preventive Care / Disease Screening

| Name | Date | Status | Name | Date | Status |
|---|---|---|---|---|---|
| Influenza | 10/21/15 | Completed | Colon Cancer | | |
| Pneumovax | 06/16/15 | Completed | Breast Cancer | | |
| TDAP/Tetanus | 09/11/15 | Completed | Cervical Cancer | | |
| TB | | | HIV | | |
| Cocci Skin | 08/10/15 | Declined | HCV | | |
| Varicella | | | Syphilis | | |
| Hep A | 11/30/15 | Completed | Gonorrhea | | |
| Hep B | 11/30/15 | Completed | Chlamydia | | |

## Additional Patient Reports



**Rx Profile**



**Risk Profile**



**Alerts**

*The patient summary is not a substitute for information in the medical record.*

*Data Last Refreshed: 7/7/2016 10:78:16 AM*   **View Definitions**

7/7/2016 12:35:48 PM

Patient Summary v1.2.01

Confidential Saved 2017-06-27T19:29:27Z

Inmate Name: Smith, LaJazz
CDCR#:       AV7103
Institution:  Salinas Valley State Prison
Date of Report: 6/17/2016
Reviewer:    M. Borba, PhD
             Senior Psychologist, Specialist

This report is completed per *CCHCS/DCHS Guidelines for Review of Requests for Sex Reassignment Surgery* (Attachment 1: *Case Materials to Be Submitted to IUMC for SRS Consideration*) initially released in October 2015 and most recently revised in May 2016.

The information in this report was gathered from interviews with the I/P on 1/15/2016 and 5/31/2016 and a review of relevant documents in the I/P's medical record (eUHR) and C-File (SOMS/ERMS). Male pronouns are used throughout this document not to disregard or disrespect the I/P's preference for female pronouns but to reflect the I/P's current legal status and classification within CDCR.

C. *Complete Psychological History of Gender Dysphoria*

*Criteria used for diagnosis*

I/P has a current diagnosis with Gender Dysphoria per his most recent treatment plan of 6/8/2016. The writer previously completed an evaluation for this diagnosis at the request of medical staff (2/12/2016). A portion of this report reads as follows:

"I/P appears to qualify for a diagnosis of Gender Dysphoria by meeting criteria A1, A2, A3, A5, and B. The duration of these symptoms appears to be well beyond the required six months. I/P Smith reports a sustained history of noting a marked incongruence between his male birth/physical gender and his experienced female gender beginning at approximately age 9 at which time he remembers "telling [his] family" about this gender identification. I/P reported that this identification as female increased over time. I/P reported that at present believes that he "can't live as who [he] really is" due to this incongruity. I/P reported a strong desire to be rid of his genitals reporting that he views male sex characteristics as the primary reason why believes he is "in the wrong body." I/P also reported a strong desire to have female sex characteristics in place of his birth male genitalia. I/P reported having "researched the surgery [sex reassignment] for a long time" and that he was convinced beyond any doubt that it was what would help him. I/P reported a strong desire to be treated as female, reflecting a strong preference for feminine forms of address and a rejection of masculine forms (e.g., "sir" or "mister"). Through his life, I/P reported engaging in wearing feminine clothing, "doing [his] nails and hair," using a female first name, socially identifying as a female with the onset of most of these behaviors between ages 9-14 and a constant "daily" course. With respect to clinically significant distress or impairment, I/P reports experiencing emotional "stress" and "depression" related the incongruence of his physical gender and identified gender, as well as reporting some social impairment in the form of isolation from others (in part in response to unwanted attention to factors related to his transgender status)."

*Patient's experience with desired gender role inside and outside prison*

Confidential Saved 2017-06-27T19:29:27Z

I/P reported first identifying as female at approximately 9 years old and that from age 9-14 began socially identifying as "a girl" in school, wearing stereotypically feminine clothing (including wearing these under more masculine clothing and then changing clothes once at school), doing his "nails and hair," and beginning to use a stereotypically feminine first name. I/P reported a history of prostitution (with male clients while identifying as a woman) beginning at age 16 in order to have money to support himself.

Within prison, I/P reports continuing much of the same kind of behaviors. There is evidence of I/P wearing make-up replacements in interview with the writer, wearing clothing that appeared modified to be a more feminine style, wearing his hair in a stereotypically feminine style. I/P also reported openly identifying as female and transgender on his current yard and using a feminine first name with other inmates.

D. 1. *Gender Dysphoria Assessment:  Most recent mental health evaluation of the patient's overall mental health status with respect to symptoms related to gender dysphoria*

I/P continues to report emotional distress related to transgender status, but a change in level of care from EOP at the time of the above assessment (2/2016) to CCCMS currently is noted. I/P reports that he has been "mentally better better" and has "grown up a lot" over the past months. He reported that he still "want[s] to be [himself]" (meaning to be "fully a woman") and despite this change in level of care reports that distress related to gender identity is "unbearable" but that he is "bearing with it." I/P reports that other inmates and at times staff "single [him] out" due to transgender status and behaviors related to gender identity and that he engages in "bird bathing" in his unit rather than using unit showers on a consistent basis. I/P stated that he believed other inmates as "intimidated" or "inticate... him in part because he is "not in prison to have a boyfriend."

2. *History of self-injurious and suicidal behaviors*

I/P has a documented history of multiple suicide attempts (over thirty). However, during the present interview, I/P stated that the majority of these incidents documented as suicide attempts were either suicidal statements or minor self-injurious behavior intended to secure involuntary psychiatric hospitalizations ("5150s and 5250s") for him as a minor in his teens. He reported that due to his chaotic family history he began to "like the hospital" and seek to be hospitalized frequently for social support. Primary documentation regarding this history is not available and as such all evidence prior to I/P's placement in CDCR in the I/P's chart is from the I/P's self-report. While in CDCR, I/P has a MHCB admission on 8/11/2015 due to suicidal ideation and documented "suicidal gestures" of superficial cutting on his wrist, attempting to hang himself with a safety blanket, and starting to bite himself on the wrist. I/P also has a MHCB admit on 2/18/2015 due to I/P having bit his arm.

3. *Evaluation to rule out malingering (if appropriate)*

There is recent documentation from mental health staff that I/P stated previously "making up" mental health history of symptoms in order to influence a level of care change. I/P stated directly to the writer that he has a history of "wanting to manipulate" but that he has been trying to change this behavior. Although these statements cause concern regarding the potential for malingering, a structured evaluation for such is outside the scope of available institutional resources at this time.

Confidential Saved 2017-06-27T19:29:27Z

4. *Evaluation of decision-making capacity (if indicated)*

I/P has a TABE score of 5.1, is designated NCF, and does not appear to have a history of PC2602, PC2604, or PC1368 involvement. There does not appear to be gross indicators of concerns regarding decision-making capacity.

5. *Discharge summary from most recent MHCB or DSH admission*

See attached for most recent MHCB discharge summary from 8/20/2015. I/P does not have DSH history.

6. *Most recent IDTT report*

See attached for most recent 7388 from 6/8/2016.

E. *Report of patient's adherence with prescribed therapies and patient's ability to interact productively with providers by attending appointment and cooperating with providers during visits*

Per MHTS, I/P has attended 40% of treatment offered (at EOP until 5/26/16, currently CCCMS) since 1/1/2016. This is below the minimum expected treatment participation of 50% in EOP. In addition, there is recent indication of psychiatrist medication non-compliance documented in MHTS (5/31/2016). These two relatively recent factors may cause some concern regarding I/P's participation in mental health treatment.

F. *Personal Background: A summary of the patient's upbringing from presentence report, diagnostic work-ups, and other clinical materials with any information regarding issues concerning gender identification*

I/P reported having a "very hard" childhood in which he has placed in foster care and group homes due to parental neglect. He reported that he was also the victim of multiple instances of sexual abuse (without being specific to the writer about the details of abuse). I/P reported growing up believing that there was "something wrong with [him]" due to his gender identity and being "scared what other people thought" about him. I/P reported dropping out of high school and later obtaining a GED. I/P reported a history of prostitution beginning at age 16 and framed this as a way to get money for himself. I/P reported that this behavior lasted until incarceration.

Confidential Saved 2017-06-27T19:29:27Z