My name is LaJazz Smith im writing to update my Address also i wanted to know if im apart of Any class action cases here are the case Numbers And my up dated address

4:18-CV-04087 YGR
4:16-CV-02746 KAW
4:16-CV-02912 KAW
4:17-CV-04562-YGR
4:18-CV-03168 YGR
4:17-CV-05124 YGR
4:16-CV-03100 KAW
4:16-CV-02982 KAW

Address

LaJazz Smith BR-9210
Wasco State prison
C1 226L
PO box 6600
Wasco CA 93280

FILED
MAY 09 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



C/o Galaur #8178 Cdcr 5-4-22